UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAZO RAMIREZ, | No. 2:16-cv-0234 KJN P |
| Plaintiff, | |
| v. | ORDER |
| BRIAN DUFFY, | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is a mentally ill inmate with a history of attempted suicide.  In his complaint, plaintiff alleges that he is in danger from other inmates based on their allegedly wrongful belief concerning the nature of his conviction.  In addition, plaintiff alleges that his mental health is being made worse by prison officials' decision to house him in "nonstop lockdown."  Plaintiff seeks transfer to Bravo Yard, two men cell housing at Mule Creek where he alleges he was successfully housed from 2007 to 2014.  Plaintiff alleges that his life is in "very grave risk of imminent immediate danger" from enemy inmates and that prison officials are enabling such other inmates to cause plaintiff harm.  Plaintiff seeks effective protective housing and open yard exercise mental health therapy.

The court has not yet screened plaintiff's complaint.  However, in light of plaintiff's allegations of a threat of imminent harm, the court directs Supervising Deputy Attorney General

1

Monica Anderson to address plaintiff's allegations concerning his mental health care and personal safety.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within fourteen days from the date of this order, Supervising Deputy Attorney General Monica Anderson shall address plaintiff's motion for injunctive relief; and

2. The Clerk of the Court is directed to serve this order and a copy of plaintiff's complaint (ECF No. 1) on Supervising Deputy Attorney General Monica Anderson.

Dated:  February 9, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rami0234.fb

2