UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN RAZO RAMIREZ,

Plaintiff,

v.

BRIAN DUFFY, et al.,

Defendants.

No. 2:16-cv-0234 KJN P

ORDER

Plaintiff is a state prisoner, proceeding pro se, and consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed June 30, 2016, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Following multiple extensions of time, on November 7, 2016, the court recounted the myriad delays in this case, and reluctantly granted plaintiff one final sixty day extension of time in which to amend. Sixty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order. Plaintiff was cautioned that failure to file an amended complaint would result in the dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: January 20, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/rami0234.fta