1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN RAZO RAMIREZ,

           Plaintiff,

    v.

BRIAN DUFFY, et al.,

           Defendants.

No.  2:16-cv-0234 KJN P

ORDER

Plaintiff is a state prisoner, proceeding pro se.  Plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).  On February 6, 2017, plaintiff filed a request to suspend this action in light of his recent transfer.  However, plaintiff's filing is not signed or dated.  Plaintiff previously filed a document that was not signed or dated and plaintiff was advised on August 11, 2016, that Rule 11 of the Federal Rules of Civil Procedure requires that all filings by pro se litigants must be signed by the litigant.  (ECF No. 20 at 1.)  Therefore, plaintiff's request is denied without prejudice.  Fed. R. Civ. P. 11(a).

Moreover, this action was terminated on January 20, 2017, based on plaintiff's failure to file an amended complaint.  Plaintiff's original complaint was dismissed on June 30, 2016, and he was granted numerous extensions of time in which to file an amended complaint.  Despite multiple opportunities, plaintiff did not file an amended complaint.  Therefore, plaintiff should

1

1  not renew his request to suspend this action because this action is closed.  No further filings

2  should be made in this closed case.

3        Accordingly, IT IS HEREBY ORDERED that plaintiff's request to suspend this action

4  (ECF No. 27) is denied.  Fed. R. Civ. P. 11(a).

5  Dated:  March 24, 2017

6

7                                         KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE
8

9  /rami0234.sus

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2